FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 22 PM 4:01

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALLERGY SOLUTIONS, INC. AND HEALTH EQUIPMENT ALLIANCE OF LOUISIANA, INC., A LOUISIANA PARTNERSHIP D/B/A ALLERGY SOLUTIONS OF LOUISIANA APPEARING THROUGH ITS AUTHORIZED PARTNER, HEALTH EQUIPMENT ALLIANCE OF LOUISIANA, INC. | CIVIL ACTION NO: 05-2865<br><br>JUDGE SECTION: "L"<br><br>MAGISTRATE SECTION: "1" |
| **VERSUS** | |
| UNITED HEALTHCARE OF LOUISIANA, INC. | |

## JOINT CONSENT MOTION TO REMAND

Considering the foregoing Joint Consent Motion to Remand,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Joint Consent Motion to Remand be GRANTED and that this matter is remanded to the Twenty-Fourth Judicial District Court for the Parish of Jefferson, State of Louisiana.

New Orleans, Louisiana, this 22nd day of June, 2006.

_____
JUDGE

235851.1                                          - 4 -

Fee _____
Process _____
X Dktd _____
__ CtRmDep _____
__ Doc. No. _____